UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ADAM GRABHORN,

                Plaintiff,

                25-CV-00106 (JAV)

     -v-

                ORDER

THE CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated April 15, 2025, ECF No. 14, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described in the Court's Notice of Initial Pretrial Conference, ECF No. 6, by May 1, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 6, 2025**.

      SO ORDERED.

Dated: May 2, 2025  
      New York, New York  
                                                _____  
                                                JEANNETTE A. VARGAS  
                                                United States District Judge