UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                               :

ADAM GRABHORN,                                    :

                            Plaintiff,,                :

                                                   :              25-CV-0106 (JAV)

                   -v-                            :

                                                 :                  <u>ORDER</u>

CITY OF NEW YORK et al.,                      :

                         Defendants.           :

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held on May 8, 2025, Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss is **DENIED**. The Clerk of Court is directed to terminate ECF No. 18.

      SO ORDERED.

Dated: May 9, 2025                                      _____
      New York, New York                          JEANNETTE A. VARGAS
                                                           United States District Judge