```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ADAM GRABHORN,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :     25-CV-00106 (JAV)
           -v-                                                    :
                                                                  :         ORDER
THE CITY OF NEW YORK, et al.,                                     :
                                                                  :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order on July 14, 2025, ECF No. 27, Defendants' reply papers in further support of their Motion to Dismiss (ECF No. 20) were due on July 28, 2025. To date, Defendants have not filed their reply papers. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 11, 2025**.

      SO ORDERED.

Dated: August 7, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge